1 | Leigh A. White, State Bar No. 167477
CARLTON DiSANTE & FREUDENBERGER LLP
2 | 2600 Michelson Drive
Suite 800
3 | Irvine, California 92612
Telephone: (949) 622-1661
4 | Facsimile: (949) 622-1669
E-Mail: lwhite@cdflaborlaw.com
5
Attorneys for Defendant
6 | AMERICAN EXPRESS TRAVEL RELATED SERVICES
COMPANY, INC. (erroneously sued herein as American
7 | Express One)

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 5 2007

Priority
Send      X
Enter
Closed
JS-5/JS-6  X
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN ZEILER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AMERICAN EXPRESS ONE, a New Jersey corporation; DOES I through X, inclusive,<br><br>　　　　　Defendant. | Case No. SACV06-410 AHS (RNBx)<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Action Filed:  March 9, 2006<br>Trial Date:    November 6, 2007 |

LODGED

DOCKETED ON CM

MAR - 9 2007

BY _____ 178

STIP. AND PROP. ORDER FOR DISMISSAL
WITH PREJUDICE

CARLTON DiSANTE &
FREUDENBERGER LLP

257775.1

1  IT IS HEREBY STIPULATED by and between the parties to this action, through their
2  respective attorneys of record, that the above-captioned action be and hereby is dismissed **with**
3  **prejudice** pursuant to *Federal Rule of Civil Procedure* 41(a)(1), and each party shall bear its/her
4  own costs and attorneys' fees.

Dated: February 27, 2007          CARLTON DiSANTE & FREUDENBERGER LLP

By: _____
          Leigh A. White
Attorneys for Defendant
AMERICAN EXPRESS TRAVEL RELATED SERVICES
COMPANY, INC. (erroneously sued herein as American
Express One)

Dated: February __, 2007          BARNES CROSBY FITZGERALD & ZEMAN LLP

By: _____
          William M. Crosby
Attorneys for Plaintiff
SUSAN J. ZEILER

### ORDER

IT IS SO ORDERED. The above-entitled action is hereby dismissed with prejudice.

DATED: MAR -5 2007          _____
                                                     The Honorable Alicemarie H. Stotler
                                                     UNITED STATES DISTRICT COURT JUDGE